AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

AIDS HEALTHCARE FOUNDATION, INC.
                Plaintiff (s),
V.
CITY AND COUNTY OF SAN FRANCISCO, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-cv-02319-~~WHA~~ RS

Notice is hereby given that, subject to approval by the court, __AIDS Healthcare Foundation, Inc.__ substitutes
(Party (s) Name)

__Arti Bhimani__ , State Bar No. __235240__ as counsel of record in
(Name of New Attorney)

place of __Ryan J. Patterson & Andrew M. Zacks, Zacks, Freedman & Patterson, PC__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: AIDS Healthcare Foundation
Address: 6255 W. Sunset Blvd., 21st Fl, Los Angeles, CA 90028
Telephone: (323) 860-5200     Facsimile (323) 467-8450
E-Mail (Optional): Arti.Bhimani@aidshealth.org

I consent to the above substitution.
Date: 7/7/2016
(Signature of Party (s))

I consent to being substituted.
Date: 7/7/2016
(Signature of Former Attorney (s)) Ryan Patterson / Andrew Zacks

I consent to the above substitution.
Date: 7/7/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/22/16
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]