AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, INC.<br>Plaintiff (s),<br>V.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:16-cv-02319-RS |

Notice is hereby given that, subject to approval by the court, ___AIDS Healthcare Foundation, Inc.___ substitutes
(Party (s) Name)

___Tom Myers___, State Bar No. ___176008___ as counsel of record in
(Name of New Attorney)

place of ___Ryan J. Patterson & Andrew M. Zacks, Zacks, Freedman & Patterson, PC___.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: AIDS Healthcare Foundation
Address: 6255 W. Sunset Blvd., 21st Fl, Los Angeles, CA 90028
Telephone: (323) 860-5200     Facsimile (323) 467-8450
E-Mail (Optional): Tom.Myers@aidshealth.org

I consent to the above substitution.
Date: 7/7/2016
(Signature of Party (s))

I consent to being substituted.
Date: 7/7/2016
(Signature of Former Attorney (s))   Ryan Patterson / Andrew Zacks

I consent to the above substitution.
Date: 7/7/2016
(Signature of New Attorney)   Tom Myers

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/22/16
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]